AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Jairon Micael Juarez-Gomez<br>a/k/a Miquel Antonio Juarez,<br>a/k/a Jairo Juarez Gomez<br><br>*Defendant(s)* | )<br>)<br>)   Case No.   5:25-mj-1161-PRL<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 8, 2025__ in the county of __Lake County__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) and (b)(2) | Being an alien found in the United States without permission after removal for an aggravated felony. |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Mark Annotti, Deportation Officer, ICE
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 08/13/2025

_____
Judge's signature

City and state: Ocala, Florida

U.S. Magistrate Judge Philip R. Lammens
*Printed name and title*

STATE OF FLORIDA                           CASE NO. 5:25-mj-1161-PRL

COUNTY OF MARION

### AFFIDAVIT IN SUPPORT OF THE ISSUANCE OF A CRIMINAL COMPLAINT

I, Mark Annotti, having been duly sworn, hereby make the following statement in support of the attached criminal complaint:

1. I am a Deportation Officer (DO) with the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Enforcement Removal Operations (ERO), and have been employed with DHS/ICE/ERO for 22 years. I am currently appointed as the ERO Criminal Prosecutions (ECP) Officer assigned to Orlando, Florida. My duties include the investigation, arrest, and prosecution of cases involving persons who are illegally residing in the United States in violation of federal law.

2. The information set forth in this affidavit is based on my investigation, information supplied to me by other law enforcement officers and agents, and information contained within various government databases and records. Because this affidavit is submitted for the limited purpose of establishing probable cause to support the issuance of a criminal complaint, I have not included details of all aspects of my investigation. Rather, I have set forth only those facts I believe are necessary to establish probable cause that a violation of federal law has been committed.

3. On August 8, 2025, the Mount Dora Police Department (MDPD) arrested **Jairon Micael JUAREZ-GOMEZ**, a/k/a Miquel Antonio JUAREZ, a/k/a Jairo Juarez GOMEZ, and booked him into the Lake County Jail (LCJ) based on state criminal charge of no valid driver's license under case number 35-2025-CT-005030 (Lake County, Florida). After booking, fingerprinting, and the discovery of **JUAREZ-GOMEZ's** true identity, the MDPD further charged **JUAREZ-GOMEZ** with providing a false name to an officer while under arrest in case number 35-2025-MM-005040 (Lake County, Florida). Following these arrests, the LCJ booking system automatically forwarded **JUAREZ-GOMEZ's** information to the ACRIMe (Alien Criminal Response Information Management System) national database.

4. On August 9, 2025, DO Michal Kocian identified **JUAREZ-GOMEZ's** information in ACRIMe, verified his identity, and determined that he likely was in the United States illegally. DO Kocian filed an ICE immigration detainer on **JUAREZ-GOMEZ** with the LCJ.

5. On August 9, 2025, DO Kocian contacted the LCJ and requested/received **JUAREZ-GOMEZ's** fingerprints relating to the LCJ booking on August 8, 2025. On August 9, 2025, DO Kocian submitted this set of fingerprints to the Federal Bureau of Investigation Criminal Justice

Information Services Division (also referred to as IAFIS). IAFIS analyzed the set of fingerprints and found them to match **JUAREZ-GOMEZ** and his unique FBI number. DO Kocian forwarded **JUAREZ-GOMEZ's** case to me because it falls under the guidelines of my assigned duties as the ECP Officer.

6. A review of various databases and ICE records disclosed that **JUAREZ-GOMEZ** has an Alien File Number (A xxx xxx 924). He was born in 1988, in San Marcos, Guatemala. He is a citizen of Guatemala and not a citizen of the United States. On or about December 14, 2020, **JUAREZ-GOMEZ** was administratively ordered deported/removed from the United States to Guatemala. **JUAREZ-GOMEZ** was physically removed from the United States to Guatemala on or about December 29, 2020.

7. **JUAREZ-GOMEZ** did not have the consent of the Attorney General of the United States or the Secretary of Homeland Security for the United States to reapply for admission to the United States.

8. A criminal history check revealed that **JUAREZ-GOMEZ** was convicted of sexual battery on a child 12-18, an aggravated felony violation of Florida law, on November 30, 2020. He was sentenced to 51 weeks' imprisonment and 10 years' sex offender probation under case number 48-2020-CF-001149 (Orange County, Florida).

9. Based on the foregoing, there is probable cause to believe that on August 8, 2025, **JUAREZ-GOMEZ** was found to be in the United States voluntarily after being previously removed or deported, in violation of 8 U.S.C. § 1326(a) and (b)(2).

This concludes my affidavit.

_____
Mark Annotti
Deportation Officer
Immigration & Customs Enforcement

*Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone or other reliable electronic means consistent with Fed. R. Crim. P. 4.1 and 4(d) before me this* 13th *day of August 2025.*

_____
The Honorable Philip R. Lammens
United States Magistrate Judge

4